**UNITED STATES of America,**
**Appellee,**

v.

**Jerrold Dean HAMMER, Appellant.**

**No. 11–3550.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 18, 2012.

Filed: April 25, 2012.

Amy L. Jennings, U.S. Attorney's Office, argued, Des Moines, IA, for Appellee.

Bernard John Burns, III, Federal Public Defender's Office, argued, Des Moines, IA, for Appellant.

Jerrold Dean Hammer, Littleton, CO, pro se.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jerrold Hammer appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion for a reduction of his revocation sentence. We agree with the court that Hammer was not eligible for a reduction. *See* U.S.S.G. § 1B1.10, comment. (n.5(A)) (2011); *United States v. Morales,* 590 F.3d 1049, 1052–53 (9th Cir. 2010); *United States v. Fontenot,* 583 F.3d 743, 744–45 (10th Cir.2009); *United States v. Forman,* 553 F.3d 585, 588–89 (7th Cir. 2009) (per curiam). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

[1]. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.